Frederic H. GIRNAU, Appellant, v. UNITED STATES of America, Appellee.

No. 6677.

Circuit Court of Appeals, Ninth Circuit.

Nov. 30, 1931.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

Edgar J. HESSLEIN, Petitioner, v. David BURNET, Commissioner of Internal Revenue, Respondent.

No. 17.

Circuit Court of Appeals, Second Circuit.

Nov. 2, 1931.

Walter S. Orr, of New York City (Henry Mannix, A. C. Newlin, and White & Case, all of New York City, of counsel), for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and J. Louis Monarch and John H. McEvers, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Percy S. Crewe, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.

Phillip HOLLANDER, Appellant, v. UNITED STATES, Appellee.

No. 4640.

Circuit Court of Appeals, Third Circuit.

Nov. 2, 1931.

Irving H. Lewis, of Trenton, N. J., and Benjamin M. Golder, of Philadelphia, Pa., for appellant.

Phillip Forman, U. S. Atty., of Trenton, N. J., and John Grimshaw, Jr., Asst. U. S. Atty., of Paterson, N. J.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

Upon due consideration had, finding no error in the record, the judgment below is affirmed.